28 United States Code Sec 1746
Under Penalty of Perjury

I Declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Full Legal Name: NADRA ENZI AKA Capt BLACK

Executed on this 4th Day of December 2011

Statement:

I provide FREE SECURITY! (pro bono safety & police liaison services) to the community.

IN this CAPACITY I SUPERVISED OCCUPY NEW ORLEANS COMMUNITY PATROL COMPRISED OF OCCUPY RESIDENTS HERE IN DUNCAN PLAZA.

OUR PURPOSE WAS MEDIATION; CONFLICT RESOLUTION AND POLICE LIAISON AS NEEDED. I CONTINUE TO SERVE IN THIS CAPACITY AND ON AN ON CALL BASIS FOR THE OCCUPY MOVEMENT

Nadra Enzi AKA Capt Black

28 United States Code Section 1746 Declaration Under Penalty of Perjury

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Full Legal Name: Donald Lee Chopin

Executed on this 4 Day of December 2011.

Statement:

I Donald Chopin, a citizen and resident of New Orleans, La. support, take part and fully engage in occupy New Orleans, at Duncan Plaza. I reserve the right to express my first amendment rights to free speech and assembly at this public Park.

I have been involved with Occupy NOLA sense their first day in Duncan Plaza. I have witnessed it evolve into a national-local partnership with a focus on local, national and global issues.

I have seen a growth in community spirit and safety across racial, class, and economic lines. I think it should be allowed to remain until the problems addressed are solved.

Thank you,
Donald Chopin

28 United States Code Section 1746 Declaration Under Penalty of Perjury

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Full Legal Name: Katherine Delia Labarre

Executed on this 4 Day of December 2011.

Statement:

I believe I have the right to remain in Duncan Plaza as a participant in the living protest of Occupy Nola to express my grievances with the federal, state, and municipal government that include the $trillions misspent on illegal wars for the benefit of profiteers and the looting of our treasury in support of Wall Street, ~~causing the~~ placing increasing the burden on the poor and ~~creating~~ the homeless population. I believe I and other should be able to remain in Duncan Plaza to be able to work on our organizational work without being burdened with the city's homeless, for whom I have purchased 50 tents due to the city's neglect. I have been in Duncan Plaza since October 6, ~~trying~~ ~~trying~~ to participate in Occupy Nola, but have instead have been providing homeless services. The city has a responsibility to relieve Occupy

Nola of ~~the unconstituted~~ taking care of ~~the~~ homeless in Duncan Plaza, ~~and~~ many of whom it displaced when it cleared the encampment under th Pontchartrain Expressway.

*Katherine Delia Labarre*
Katherine Delia Labarre

## Declaration Under Penalty of Perjury

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Full legal name: Ronald Morrison

Executed on this 4th day of December 2011.

Statement:

My name is Ron Morrison and I have been an active participant here at Occupy Nola since its inception. In this time I understand the imperative need for this movement to be allowed to continue and thrive in the city. New Orleans has become the legible leader of mass incarceration and homelessness. Embedded in this narrative is the responsibility and complicity that this city (current & past administrations) has evaded. I believe that the Occupy movement here has been effectively working to address there issues where the city has lacked any coherent or adequate response & in most cases has antagonistically worked to further generate these problems. We are asking for our right to gather to be respected as we work to provide the social services that this city continues to under fund. We have set up a workable kitchen, maintain our own security, and are actively doing the difficult work of framing a more socially responsible & egalitarian society with a myriad of people from different walks. We believe it is our right to continue this work.

— [signature]    12/4/11

28 United States Code Section 1746 Declaration Under Penalty of Perjury

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Full Legal Name: NORMAN LEWIS OAKS

Executed on this 4 Day of December 2011.

Statement: I have been a part of occupy NOLA for 2 months and 1 week. I am living on site in a tent at Duncan Plaza, AKA Avery Alexander Square in an ongoing protest.

My reasons for supporting the Occupy movement are that I believe at the highest levels current world governments are not representing the people of the world, but rather the profit margins of Major Corporations and the interests of banking cartels, and as a result virtually every decision for the individual is already dictated to them, and their rights are being superseded.

I wish to exercise my 1st amendment rights according to the actual wording of the amendment, in a location that cannot escape the personal notice of the administration in the idealistic hope of making them man up and face the problem rather than sweep it under the rug in the usual manner. I also want to continue the protest where it is to remind the administration that my oath to defend the constitution against all enemies I gave as a member of the U.S. Armed Forces had no expiration date

Signed this 4th. day of December 2011

Norman L. Oaks

28 United States Code Section 1746 Declaration Under Penalty of Perjury

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Full Legal Name: Frazer Lee O'Hara

Executed on this __4__ Day of December 2011.

Statement: I began to occupy the space at Avery Alexander plaza on Oct. 6. Mine was the 2nd tent erected in this occupation and I have stayed here as my home, sleeping over night as often as 4 or 5 nights a week. My continued presence here is integral to the achievement of our goal in this Occupy movement.

The goal of our efforts here is to demand that the power structures of our "civilized society" beg to signifigantly restructure civil and criminal code with appropriate laws and measures to ensure the wellfare of ALL PEOPLE and to ensure that Corporate and/or public institution are not able to place the pursuit of financial intrest/Profit above the imperative of empathy in human needs for life, Liberty and the pursuit happiness.

It is necessary to remain in this park around the clock to adress the capital crime of removal of hard-work citizens from their homes because of vaguely defined banking interest.

28 United States Code Section 1746 Declaration Under Penalty of Perjury

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Full Legal Name: Robert Scoville O'Hara

Executed on this 4th Day of December 2011.

Statement:

My name is Robert O'Hara. My son, Frazer, and I have been occupying a Tent/campsite in Duncan Plaza, New Orleans, since the begining of October to help raise public awareness of what is happening to our country, and being done globally by our country, because the mass media is no longer doing that job. Both night and day we talk to the general public, show documentary films and hand out literature revealing the systematic abridgement of our civil rights, the destruction of our environment, the widening gulf between the small class of powerful, wealthy & secretive people and the rest of the citizenry. Personally, as a member of ARCHITECTS AND ENGINEERS FOR 9/11 TRUTH, I am gathering support for

a real investigation of the events of Sept 11, 2001. I, myself, was unaware of the extent of the deception of the general public regarding the resulting, so-called War on Terror, until my son openned my eyes. Occupying a public, open venue is essential to the work of passing along the Truth, in the absence of genuine, investigative reporting by the mass media.

*P J O'Hara*
12/4/11

28 United States Code Section 1746 Declaration Under Penalty of Perjury

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Full Legal Name: Malik Rahim

Executed on this 4th Day of December 2011.

Statement:

My name is Malik Rahim. I have been protesting and living in Duncan Plaza for the last five weeks.

I am here because this is a great opportunity to demonstrate the environmental prices that we are currently facing here in Louisiana with the destruction of our wetlands, and all the polluting chemical plants and oil refineries. Also there is a need to demonstrate to people about alternative ways for emergency preparedness. As it relates to those who are living out here off the grid, and the way to end our nation's use of disaster capitalism, and to promote civic responsibility.

The 24 hour protest should be allowed to continue because there is large contingency of homeless folks here, who have no other alternative. I believe time needs to be given so that we can work with the City to find solutions to this homeless crisis. In the five weeks that I have been here, I have seen that the majority of the homeless come together to form safe and sanitary neighborhoods or encampments. And with just a little City support, it can become a

Malik Rahim  Malik Rah—  12/4/11

models of what can happen if a true partnership is developed

28 United States Code Section 1746 Declaration Under Penalty of Perjury

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Full Legal Name:

Executed on this 4th Day of December 2011.

Statement:

model of what can happen if a true partnership is developed between local government and the homeless community.

Malik Rahim 12/4/11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY 1 2 1986

LORETTA G. WHYTE
CLERK

LEONARD THOMPSON, ET AL

VS

CITY OF NEW ORLEANS, ET AL

CIVIL ACTION

NO. 85-5475

SECTION "G"

### JUDGMENT

The Court having granted plaintiff's motion for summary judgment as unopposed on March 25, 1986, and the 30 day period for reconsideration having expired,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiffs on their motion for summary judgment.

New Orleans, Louisiana, this 12th day of May, 1986.

_____
LORETTA G. WHYTE, CLERK

APPROVED AS TO FORM:

_____
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY

AUG 3 1 2021

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

DATE OF ENTRY  MAY 1 3 1986