UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NADRA ENZIAYA; DONALD L. CHOPIN; KATHERINE D. LAGARRE; RONALD MORRISON; NORMAN L. OAKS; FRAZER L. O'HARA; ROBERT S. O'HARA; MALIK RAHIM, Plaintiffs<br><br>VS.<br><br>MITCHELL J. LANDRIEU; RONAL SERPAS; and CITY OF NEW ORLEANS; Defendants | CIVIL ACTION<br><br>NO. 11-2977<br><br>SECTION "I-3"<br><br>J. LANCE AFRICK |

## TEMPORARY RESTRAINING ORDER

After reviewing the pleadings in this matter, it is the decision of this court that the requirements for a Temporary Restraining Order have been met and the TRO is GRANTED as follows:

The occupants may remain on the premises of Duncan Plaza all night, and will be allowed to live in tents for the next seven days beginning December 6, 2011, with the following conditions: 1) The occupants will be prohibited from starting or using any type of open flame; 2) All electrical cords are prohibited; 3) There shall be a minimum of two port-o-lets provided by the occupants; 4) Animals are prohibited; 5) Weapons are strictly prohibited; 6) The occupants must comply with all Federal, State and local laws and ordinances; 7) no one is allowed on the pavilion, due to a defective floor. In addition, Plaintiffs will execute a security bond in the amount of $5000.00 by December 7, 2011 4:00 P.M.

Therefore, it is ordered that defendants, THE CITY OF NEW ORLEANS, MITCHELL LANDRIEU, and RONAL SERPAS, and all of their employees, agents and officials are prohibited from evicting plaintiffs from Duncan Plaza in New Orleans.  This temporary restraining order will expire on **Tuesday, December 13, 2011, at 10:00 p.m.**

Signed this 7th day of December 2011.

U.S. District Court Judge _____
JUDGE JAY C. ZAINEY