UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NADRA ENZIAYA, ET AL.                                          CIVIL ACTION

VERSUS                                                                   NO. 11-2977

MITCHELL J. LANDRIEU, ET AL.                            SECTION I

ORDER

Before the Court is a motion[1] for preliminary injunction filed by plaintiffs, Nadra Enziaya, Donald L. Chopin, Katherine D. LaGarre, Ronald Morrison, Norman L. Oaks, Frazer L. O'Hara, Robert S. O'Hara, and Malik Rahim.  Defendants, Mitchell J. Landrieu, Ronal Serpas, and the City of New Orleans, have filed an opposition.[2]

In order to obtain a preliminary injunction, the movant must show: (1) there is a substantial likelihood of success on the merits, (2) there is a substantial threat of irreparable injury, (3) the threatened injury to the movant outweighs the injury to the nonmovant, and (4) that granting the injunction will not disserve the public interest.  *PCI Transp., Inc. v. Fort Worth & W. R.R.*, 418 F.3d 535, 545 (5th Cir. 2005).  "[A] preliminary injunction is an extraordinary remedy which should not be granted unless the party seeking it has 'clearly carried the burden of persuasion' on all four requirements." *Lake Charles Diesel, Inc. v. Gen. Motors Corp.*, 328 F.3d 192, 196 (5th Cir. 2003) (quoting *Miss. Power & Light Co. v. United Gas Pipe Line Co.*, 760 F.2d 618, 621 (5th Cir. 1985)).

---

[1] R. Doc. Nos. 2, 10.  Both parties requested that plaintiffs' motion for a temporary restraining order be converted to a motion for preliminary injunction.  R. Doc. No. 9.

[2] R. Doc. No. 11.

Having considered the arguments of counsel, the memoranda and evidence filed into the record, and the law, the Court finds that plaintiffs have not carried their burden of establishing a substantial likelihood of success on the merits as well as other requirements which would justify granting preliminary injunctive relief.

Accordingly,

**IT IS ORDERED** that plaintiffs' motion for preliminary injunction is **DENIED** with written reasons to follow and the temporary restraining order issued on December 6, 2011 is **RESCINDED**.

New Orleans, Louisiana, December 13, 2011.

                                              **LANCE M. AFRICK**
                                    **UNITED STATES DISTRICT JUDGE**